[No. 5510–8–III.   Division Three.   April 5, 1984.]

MOSES LAKE TRUCK–AUTO PLAZA, INC., *Respondent,* v.
RAINIER NATIONAL BANK, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 29384–C, Clinton J. Merritt, J., entered October 29, 1982. *Affirmed* by unpublished opinion per McIn-

turff, J., concurred in by Munson, C.J., and Thompson, J.